# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE MILBOURN,
        Appellant,
        vs.
THE STATE OF NEVADA,
        Respondent.

No. 71775

FILED

JAN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

The district court entered the judgment of conviction on May 22, 1985. Appellant did not file the notice of appeal, however, until November 17, 2016, well after the expiration of the thirty-day jurisdictional appeal period prescribed by NRAP 4(b). Nonetheless, appellant requests this court to entertain the appeal. This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

17-00568

cc: Hon. Connie J. Steinheimer, District Judge
Richard Lee Milbourn
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A